```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
JEANINE NARCISSE,
                                          23-cv-4690 (JGK)
                    Plaintiff,
                                          ORDER
     - against -

PROGRESSIVE CASUALTY INSURANCE CO.,
ET AL.,

                    Defendants.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The plaintiff should respond to the defendants' August 16, 2023, letter (ECF No. 17) by **August 25, 2023**. A pre-motion telephone conference is scheduled for **September 14, 2023, at 3 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

The case is otherwise **stayed** pending the conference.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **August 18, 2023**

                                          /s/ John G. Koeltl
                                     _____
                                            John G. Koeltl
                                     United States District Judge