```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JEANINE NARCISSE,

              Plaintiff,

    - against -

PROGRESSIVE CASUALTY INSURANCE COMPANY, ET AL.,

              Defendants.

23-cv-4690 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file any response to defendants' motions to dismiss by **September 29, 2023**. The defendants must reply by **October 13, 2023**.

SO ORDERED.

Dated:    New York, New York
          September 14, 2023

                                        _____
                                        John G. Koeltl
                                  United States District Judge