UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEANINE NARCISSE,                           23-cv-4690 (JGK)

               Plaintiff,           ORDER

    - against -

PROGRESSIVE CASUALTY INSURANCE
COMPANY, ET AL.

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. ECF No. 34.

SO ORDERED.

Dated:    New York, New York
           October 17, 2023

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                       United States District Judge