UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEANINE NARCISSE,                                    23-cv-4690 (JGK)

                 Plaintiff,            ORDER

- against -

PROGRESSIVE CASUALTY INSURANCE
COMPANY, ET AL.

                 Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on the motion to dismiss on **May 9, 2024**, at **2:30 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
            May 1, 2024

                                              _____
                                                 John G. Koeltl
                                            United States District Judge