```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JEANINE NARCISSE,                             23-cv-4690 (JGK)

              Plaintiff,              ORDER

   - against -

PROGRESSIVE CASUALTY INSURANCE
COMPANY, ET AL.

              Defendants.

JOHN G. KOELTL, District Judge:

    The time to respond to the Amended Complaint is **June 28, 2024.**

SO ORDERED.

Dated:    New York, New York
           June 17, 2024

                                              John G. Koeltl
                                    **United States District Judge**