```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

JEANINE NARCISSE,                           23-cv-4690 (JGK)

       Plaintiff,                    ORDER

    - against -

PROGRESSIVE CASUALTY INSURANCE
COMPANY, ET AL.,

       Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument in connection with the defendants' motion to dismiss on **Tuesday, January 28, 2025, at 3:00 p.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:   New York, New York
          December 19, 2024

                                            _____
                                              John G. Koeltl
                                        United States District Judge