UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANINE NARCISSE,

                Plaintiff,

    - against -

PROGRESSIVE CASUALTY INSURANCE COMPANY, ET AL.,

                Defendants.

23-cv-4690 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The oral argument scheduled for March 13, 2025, is adjourned to **Thursday, April 10, 2025**, at **3:30 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    New York, New York
           March 11, 2025

                                                  /s/ John G. Koeltl
                                                John G. Koeltl
                                         United States District Judge