

November 12, 2025

**Via ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
11/12/25

Re: *Narcisse, et al. v. Progressive Casualty Ins. Co., et al.*
No. 1:23-cv-4690-JGK

Dear Judge Koeltl:

Pursuant to this Court's Individual Practices and the Stipulated Confidentiality Order entered on July 8, 2025, (ECF No. 78), Plaintiffs respectfully request leave to file under seal Plaintiffs' Motion for Class Certification and Exhibits 1, 2, 4, 5, and 7-10 thereto. The Motion and exhibits reference and discuss information that Defendants Progressive Casualty Insurance Company ("PCIC"), Progressive Advanced Insurance Company ("PAIC"), Progressive Max Insurance Company ("PMIC"), and Progressive Specialty Insurance Company ("PSIC"), (collectively "Defendants") have designated as confidential, as well as information that third parties Mitchell International, Inc. ("Mitchell") and J.D. Power have designated as confidential or highly confidential.

Pursuant to Rule VII and paragraph ten of the Stipulated Confidentiality Order, a redacted copy of the Motion will be publicly filed contemporaneously with this letter, along with a copy of the unredacted Motion and supporting materials with highlighted redactions under seal.

Plaintiffs are redacting portions of the Motion and supporting materials to comply with their obligations under the Stipulated Confidentiality Order. These redactions do not reflect Plaintiffs' position on whether those designations should stand under Second Circuit law.

Counsel for Plaintiffs conferred with Defendants' counsel and counsel for Mitchell and J.D. Power, all of whom agreed that their clients' confidential documents and information should be filed under seal and do not oppose this request.

Respectfully submitted,

*[signature]*

Lee Lowther

cc: All Counsel of Record via ECF