# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Tel: +1 404 572 4600
Fax: +1 404 572-5100
www.kslaw.com

Jeffrey S. Cashdan
jcashdan@kslaw.com

January 30, 2026

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York

**APPLICATION GRANTED
SO ORDERED**

2/2/26.

John G. Koeltl, U.S.D.J.

Re: *Narcisse et al. v. Progressive Casualty Ins. Co., et al.*, No. **1:23-cv-4690-JGK**

Dear Judge Koeltl:

Defendants write pursuant to Rule VII(A)(2) of the Court's Individual Rules of Practice and the Stipulated Protective Order entered July 9, 2025, (ECF No. 78). Defendants respectfully request leave to file under seal Exhibits F, H, N, and Q to Defendants' Response in Opposition to Plaintiffs' Motion for Class Certification.

- Exhibit F is a document produced by third-party Mitchell International Inc. ("Mitchell") pursuant to a subpoena, and was designated confidential pursuant to the Stipulated Protective Order.

- Exhibit H is the expert report of Stuart Gurrea, Defendants' expert witness, who discusses and analyzes documents, testimony, and data that Mitchell and third-party J.D. Power have designated confidential or highly confidential pursuant to the Stipulated Protective Order.

- Exhibits N and Q are transcripts from depositions of Michelle Lacey, Plaintiffs' expert witness, who discusses and analyzes information Mitchell and third-party J.D. Power have designated confidential or highly confidential pursuant to the Stipulated Protective Order.

Pursuant to Rule VII(A)(2) and paragraph 10 of the Stipulated Protective Order, contemporaneously with this letter Defendants will publicly file redacted copies of Exhibits N and Q, and will file under seal unredacted copies with proposed redactions highlighted. Exhibits F and H will be filed under seal only.

1

Counsel for Defendants conferred with counsel for Mitchell and J.D. Power and have agreed that their confidential documents and information should remain under seal.

Respectfully submitted,

*/s/ Jeffrey S. Cashdan*
Jeffrey S. Cashdan

cc: All Counsel of Record (via ECF)