**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JEANINE NARCISSE, ET AL.,**

**Plaintiffs,**

**- against -**

**PROGRESSIVE CASUALTY INSURANCE COMPANY, ET AL.,**

**Defendants.**

---

**23-cv-4690 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The Amended Civil Scheduling Order required the parties to file dispositive motions, if any, within four weeks of the Court's ruling on the plaintiffs' motion for class certification. ECF No. 90. The Court issued a Memorandum Opinion and Order denying the plaintiffs' motion for class certification on July 9, 2026. ECF No. 113. Any dispositive motions were therefore due by August 6, 2026. The parties did not file any dispositive motions by that date. The time to do so has expired, and the case will proceed to trial.

The parties shall file a joint pretrial order in accordance with the Court's Individual Practices, together with proposed voir dire requests, requests to charge, and any motions in limine, by **August 28, 2026**. Responses to the motions in limine and objections to the proposed voir dire and requests to charge are due by **September 11, 2026**. No replies will be permitted absent leave of the Court. The Court will thereafter schedule a final pretrial conference.

The parties shall also advise the Court by **August 14, 2026**, whether they wish to be referred to the assigned Magistrate Judge or the Court's Mediation Program for settlement discussions.

**SO ORDERED.**

**Dated: New York, New York**
**August 7, 2026**

**John G. Koeltl**
**United States District Judge**